United States Bankruptcy Court

Northern District of Texas

In re:                                                                                    Case No. 22-41588-elm

Keith Mitchell Lomas                                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4            User: admin            Page 1 of 3

Date Rcvd: Jun 12, 2026            Form ID: pdf016            Total Noticed: 34

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 19767792 | + | BRACKETT & ELLIS, 100 MAIN STREET, FORT WORTH TX 76102-3008 |
| 19767805 | + | MS DONNA K. WEBB - AUSA, BURNETT PLAZA, SUITE 1700, 801 CHERRY STREET, UNIT 4, FORT WORTH TX 76102-6803 |
| 19767804 | + | Mark B. French, Attorney at Law, 1901 Central Drive, Suite 704, Bedford, TX 76021-5857 |
| 19767808 | | PERDUE BRANDON FIELDER LLC, 500 E. BORDER STREET, STE. 640, SUITE 300, ARLINGTON TX 76010-7457 |
| 19767811 | + | UNITED STATES ATTORNEY, NORTHERN DISTRICT OF TEXAS, 1100 COMMERCE STREET, ROOM 300, DALLAS TX 75242-1074 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: kmlomas1983@yahoo.com | Jun 13 2026 01:57:00 | Keith Mitchell Lomas, 415 Revolution Lane, Arlington, TX 76002-2864 |
| 19767789 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 13 2026 02:18:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 19802231 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 13 2026 02:18:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 19767790 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 13 2026 02:24:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 19767791 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 13 2026 02:24:00 | Barclays Bank/gap, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 19767796 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 13 2026 02:51:00 | CHEX SYSTEMS INC, ATTN: CONSUMER RELATIONS, 7805 HUDSON ROAD STE 100, WOODBURY MN 55125-1595 |
| 19767793 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2026 01:59:17 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 19789413 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2026 01:59:56 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19767794 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2026 02:29:57 | Cbna, Attn: Centralized Bankruptcy, PO Box 790034, St. Louis, MO 63179-0034 |
| 19767795 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2026 01:59:52 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 19767797 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2026 02:29:24 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 19809328 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2026 02:30:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 19767798 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2026 02:29:26 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |

District/off: 0539-4 | User: admin | Page 2 of 3

Date Rcvd: Jun 12, 2026 | Form ID: pdf016 | Total Noticed: 34

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 19769906 | | Email/Text: mrdiscen@discover.com | Jun 13 2026 02:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 19767799 | + | Email/Text: mrdiscen@discover.com | Jun 13 2026 02:20:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 19767800 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2026 02:23:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 19792904 | + | Email/Text: RASEBN@raslg.com | Jun 13 2026 02:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 19767802 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 13 2026 02:50:00 | LINEBARGER GOGGAN BLAIR SAMPSON ET AL, 100 THROCKMORTON, SUITE 300, FORT WORTH TX 76102-2833 |
| 19767803 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 13 2026 02:50:00 | LINEBARGER HEARD ET AL, 2777 N. STEMMONS FREEWAY, SUITE 1000, DALLAS TX 75207-2328 |
| 19801480 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2026 02:30:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 19767806 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 13 2026 02:50:00 | Nelnet Loans, Attn: Bankruptcy Claims, PO Box 82505, Lincoln, NE 68501-2505 |
| 19778628 | + | Email/Text: ECMCBKNotices@ecmc.org | Jun 13 2026 02:47:00 | Nelnet on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 19813877 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2026 02:29:25 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 19814069 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2026 02:29:25 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 19767807 | + | Email/Text: recovery@paypal.com | Jun 13 2026 02:19:00 | Pay Pal, 2211 N. First St., San Jose, CA 95131-2021 |
| 19767809 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2026 02:29:42 | Synchrony Bank/hhgregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19767810 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jun 13 2026 02:20:00 | TAX DIVISION, US DEPARTMENT OF JUSTICE, 717 N HARWOOD, SUITE 400, DALLAS TX 75201-6598 |
| 19767812 | ^ | MEBN | Jun 13 2026 01:59:58 | UNITED STATES ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, RM B103, 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001 |
| 19767813 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 13 2026 02:47:00 | UNITED STATES TRUSTEE, 1100 COMMERCE STREET, ROOM 976, DALLAS TX 75242-0996 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19767801 | *+ | IRS-SBSE INSOLVENCY AREA 10, 1100 COMMERCE STREET, MC 5026 DAL, DALLAS TX 75242-1001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0539-4                                    User: admin                                              Page 3 of 3

Date Rcvd: Jun 12, 2026                            Form ID: pdf016                                    Total Noticed: 34

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Keith Mitchell Lomas clayton@norredlaw.com<br>clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Pam Bassel (NRH) | officeadmin@ch13ftw.com |
| Tim Truman | truman341docs@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| THE RESIGNATION OF | § | ALL PENDING CHAPTER 13 CASES |
| CHAPTER 13 TRUSTEE | § | ASSIGNED TO TRUSTEE TIM TRUMAN |
| TIM TRUMAN AND | § | |
| NOTICE OF APPOINTMENT OF | § | |
| SUCCESSOR CHAPTER 13 TRUSTEE | § | |
| PAM BASSEL | § | |

**UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF**
**<u>SUCCESSOR CHAPTER 13 STANDING TRUSTEE</u>**

NOTICE IS HEREBY GIVEN THAT:

1.  Tim Truman, Chapter 13 Standing Trustee, ("Trustee Truman") has resigned from all of his Northern District of Texas cases effective 11:59 p.m. on June 4, 2026.

2.  The United States Trustee, having accepted Trustee Truman's resignation, has appointed, under 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, Pam Bassel as the successor Chapter 13 Standing Trustee ("Pam Bassel, Chapter 13 Trustee") for the Northern District of Texas, Ft. Worth Division, effective June 5, 2026, in all of Trustee Truman's open chapter 13 cases. (All of Trustee Truman's open chapter 13 cases are defined as "Truman Open Chapter 13 Cases.")

3.  Effective June 5, 2026, the United States Trustee, in accordance with 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, has transferred and assigned all Truman Open Chapter 13 Cases, to:

Pam Bassel, Trustee
Office of the Standing Chapter 13 Trustee
6851 N.E. Loop 820, Ste. 300
North Richland Hills, TX 76180

1

4.   The bond for Pam Bassel, Chapter 13 Trustee, is fixed under the general blanket bond authorized by the United States Trustee under 11 U.S.C. § 322 and Fed. R. Bankr. P. 2010(a).

5.   In accordance with Fed. R. Bankr. P. 2012(b), Pam Bassel, Chapter 13 Trustee, as the successor Chapter 13 Standing Trustee in Truman's Open Chapter 13 Cases, shall prepare, file, and transmit to the Court and the United States Trustee, a separate accounting of the prior administration of each of Truman's Open Chapter 13 Cases within 30 days of the effective date of the transfer of each case.

SIGNED this the 9th day of June.

LISA L. LAMBERT
UNITED STATES TRUSTEE
REGION 6
NORTHERN AND EASTERN DISTRICTS OF TEXAS

By: */s/ Lisa L. Lambert*
      Lisa L. Lambert
      United States Trustee
      Texas State Bar No. 11844250
      1100 Commerce, Room 976
      Phone: (214) 767-8967

2